# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**

**EMILIO C. CHALUISAN,**

    **Debtor.**

_____/

Case No.:   6:16-bk-01562-RAC

Chapter 7

**TEG FEDERAL CREDIT UNION**

    **Plaintiff,**

vs.

**EMILIO C. CHALUISAN,**

    **Defendant.**

_____/

Adversary No.:  16-ap-00068

## MOTION FOR FINAL JUDGMENT OF NON-DISCHARGEABILITY, AND NOTICE OF DISMISSAL OF COUNT II

Plaintiff, TEG Federal Credit Union, by and through its undersigned counsel, moves for entry of Final Judgment of Non-Dischargeability, requests dismissal of Count II (discharge objection) in the above-styled adversary proceeding, and would show as follows:

1. Plaintiff brought this adversary proceeding objecting to the dischargeability of its debt (Count I), and objecting to the discharge of the Debtor (Count II).

2. Pursuant to the terms of the attached Settlement Agreement, Plaintiff moves for entry of a Final Judgment of Non-Dischargeability and hereby requests dismissal of Count II of the Adversary Proceeding,

3. Plaintiff requests that the Court enter an Order pursuant to Bankruptcy Rule 7041, and for such other relief as may be appropriate.

WHEREFORE, Plaintiff requests entry of a Final Judgment of Non-Dischargeability and an appropriate Order pursuant to Bankruptcy Rule 7041, dismissing the adversary proceeding.

/s/ David J. Tong, Esq.
DAVID J. TONG, ESQUIRE
dtong@saxongilmore.com
Florida Bar No. 0437085
SAXON GILMORE & CARRAWAY, P.A.
201 E. Kennedy Blvd., Ste. 600
Tampa, FL 33602
PH (813) 314-4500
Attorneys for Plaintiff,
TEG Federal Credit Union

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the CM/ECF System and/or via First Class U.S. Mail this 27th day of February, 2017 to the following:

Emilio C. Chaluisan
1934 Big Cypress Drive
Saint Cloud, FL   34771

Paul L. Urich, Esquire
Law Office of Paul L. Urich, P.A.
1510 East Colonial Drive
Suite 204
Orlando, FL   32803
paulu@urichoffice.com

Leigh R. Meininger
Post Office Box 1946
Orlando, FL   32802-1946

United States Trustee – ORL 7/13
Office of the United States Trustee
George C. Young Federal Building
Suite 204
Orlando, FL   32803

John Henry Meininger, III, Esquire
Meininger & Meininger, P.A.
Post Office Box 1946
Orlando, FL   32802-1946
john@meiningerlaw.com

/s/ David J. Tong, Esq.
DAVID J. TONG, ESQUIRE